No. 130, Misc. PARKER v. O'BOYLE, ROMAN CATHOLIC ARCHBISHOP OF WASHINGTON, D. C., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. William B. Jones for respondents.

No. 131, Misc. CARPENTER v. ARIZONA. Supreme Court of Arizona. Certiorari denied.

No. 132, Misc. CHICK v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 134, Misc. BRANUM v. WIMAN, WARDEN. Circuit Court of Alabama, Montgomery County. Certiorari denied. Petitioner pro se. MacDonald Gallion, Attorney General of Alabama, and Bernard F. Sykes and Robert M. Hill, Assistant Attorneys General, for respondent.

No. 136, Misc. OLIVER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Miller and Beatrice Rosenberg for the United States.

No. 139, Misc. DOERFLEIN v. IOWA. Supreme Court of Iowa. Certiorari denied.

No. 140, Misc. CUMMINGS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and Felicia Dubrovsky for the United States.

No. 142, Misc. COLLINS v. DICKSON, WARDEN. Supreme Court of California. Certiorari denied.